AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>BRENT JOHN HOLDRIDGE<br><br>_____<br>*Defendant* | )<br>)  Case: 1:21-mj-00670<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 11/29/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    BRENT JOHN HOLDRIDGE                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      11/29/2021                          *Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.11.29 13:47:03 -05'00'

City and state:          Washington, D.C.                          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  11/29/2021  , and the person was arrested on *(date)*  12/02/2021<br>at *(city and state)*  Dublin, CA  .<br>Self Surrender at the Santa Rita Jail -Alameda County, CA<br><br>Date:  12/02/2021                          *Arresting officer's signature*<br><br>Randy Watts, Special Agent<br>*Printed name and title* |